UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-5210 FMO (AGRx) | Date | May 31, 2013 |
|---|---|---|---|
| Title | Enovsys LLC v. AT&T Mobility LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None | | None |

**Proceedings:** (In Chambers) Order Re: Motion to Strike Plaintiff's Infringement Contentions

Pursuant to the oral argument held on May 30, 2013, IT IS ORDERED THAT:

1. AT&T's Motion to Strike Plaintiff's Infringement Contentions **(Document No. 66)** is **denied without prejudice**.

2. Counsel for the parties shall meet and confer in person to discuss the issues raised during the oral argument. At a minimum, counsel shall discuss: (1) whether plaintiff has sufficient discovery to provide more details relating to its infringement contentions; (2) whether plaintiff can more specifically identify the accused instrumentality (i.e., more specific than "communications system that includes the AT&T Network"); (3) whether plaintiff can include all 120 accused applications in plaintiff's claim charts; and (4) whether plaintiff can provide more detail as to its inducement claim.

3. The meet and confer session(s) shall be transcribed by a court reporter and submitted with any future motion concerning plaintiff's infringement contentions.

4. In addition, for all future motions and proceedings in this case that require a meet and confer, counsel shall conduct the meet and confer in person. The meet and confer session(s) shall be transcribed by a court reporter. The costs of the court reporter shall be divided equally between the parties. The transcribed meet and confer must be submitted with any related motion.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |