**BAKER BOTTS L.L.P.**
Bryant C. Boren, Jr. (SBN 260602)
bryant.c.boren@bakerbotts.com
Eliot D. Williams (SBN 290780)
eliot.williams@bakerbotts.com
Kevin E. Cadwell (SBN 255794)
kevin.cadwell@bakerbotts.com
1001 Page Mill Road, Building One
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile:  650.739.7699

Russell J. Crain
russ.crain@bakerbotts.com
Brian D. Johnston
brian.johnston@bakerbotts.com
2001 Ross Avenue
Dallas, TX  75201
Telephone: 214.953.6500
Facsimile:  214.953.6503

*Attorneys for Defendants and Counterclaimants*
*AT&T MOBILITY LLC and AT&T MOBILITY II LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>　　　　　Defendants. | Case No.: 2:11-CV-05210-FMO (AGRx)<br><br>**DEFENDANTS' *EX PARTE* APPLICATION TO SUSPEND THE SCHEDULE PENDING CLAIM CONSTRUCTION**<br><br>Hearing Date: [No Hearing Required]<br>Hearing Time: [No Hearing Required]<br><br>Honorable Judge Fernando M. Olguin |
| AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>　　　　　Counterclaimants,<br><br>　vs.<br><br>ENOVSYS LLC,<br><br>　　　　　Counterdefendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants and Counterclaimants AT&T Mobility LLC and AT&T Mobility II LLC (collectively, "AT&T") hereby apply *ex parte* for a court order to suspend the schedule in the case pending issuance of the Court's claim construction order or, alternatively, to adopt AT&T's proposed schedule which sets all deadlines to follow the Court's claim construction order without changing the number of days between individual deadlines.

Pursuant to Local Rules 7-19 and 7-19.1, on September 11, 2013, counsel for AT&T spoke with counsel for Plaintiff Enovsys LLC ("Enovsys") via telephone and notified Enovsys of this *Ex Parte* Application.  On that call, counsel for the parties discussed the substance of AT&T's application and attempted to arrive at a compromise that the parties could agree to, but were unable to do so. Counsel for Enovsys indicated that Enovsys will oppose the application.

This *Ex Parte* Application is made pursuant to Local Rule 7-19 and is based on this *Ex Parte* Application, the accompanying Memorandum of Points and Authorities, Declaration of Russell J. Crain and exhibits attached thereto, all pleadings, papers and orders on file in this action, and such further argument or evidence received by the Court in connection with the ruling on this *Ex Parte* Application.

Dated: September 12, 2013                    Respectfully submitted,

BAKER BOTTS L.L.P.


*/s/ Eliot D. Williams*
Eliot D. Williams

Attorney for Defendants and
Counterclaimants
AT&T MOBILITY LLC and AT&T MOBILITY II
LLC

DEFS' EX PARTE APPLICATION TO
SUSPEND THE SCHEDULE PENDING CLAIM
CONSTRUCTION

-1-

CASE NO. 2:11-cv-05210-FMO
(AGRx)