**BAKER BOTTS L.L.P.**
Bryant C. Boren, Jr. (SBN 260602)
bryant.c.boren@bakerbotts.com
Eliot D. Williams (SBN 290780)
eliot.williams@bakerbotts.com
Kevin E. Cadwell (SBN 255794)
kevin.cadwell@bakerbotts.com
1001 Page Mill Road, Building One
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699

Russell J. Crain (*admitted pro hac vice*)
russ.crain@bakerbotts.com
Brian D. Johnston (*admitted pro hac vice*)
brian.johnston@bakerbotts.com
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214.953.6500
Facsimile: 214.953.6503

*Attorneys for Defendants and Counterclaimants*
*AT&T MOBILITY LLC and AT&T MOBILITY II LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>Defendants.<br><br>AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>ENOVSYS LLC,<br><br>Counterdefendant. | Case No.: 2:11-CV-05210-FMO (AGRx)<br><br>**NOTICE OF MOTION AND MOTION TO AMEND INVALIDITY CONTENTIONS**<br><br>Hearing Date: Thursday, Oct. 24, 2013<br>Hearing Time: 10:00 A.M.<br>Hearing Place: Court Room 22-5th Floor<br>Honorable Judge Fernando M. Olguin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

**PLEASE TAKE NOTICE** that on Thursday, Oct. 24, 2013, at 10:00 a.m. or as soon thereafter as this matter may be heard at the United States Court, located at 312 North Spring Street, Los Angeles, California, in Courtroom 22 on the 5th Floor, the Honorable Judge Fernando M. Olguin presiding, Defendants and Counterclaimants AT&T Mobility LLC and AT&T Mobility II LLC (collectively, "AT&T Mobility") will hereby move to amend Defendants' Invalidity Contentions.

Pursuant to Local Rule 7-3 and the Court's May 31 Minute Order [D.I. 131], the parties participated in an in-person prefiling conference of counsel to discuss amending Defendants' Invalidity Contentions on September 10, 2013.

This Motion is made pursuant to Local Rule 7 and is based on the parties' Memorandum of Points and Authorities and the exhibits attached hereto.

Dated: September 24, 2013                    Respectfully submitted,

                                             BAKER BOTTS L.L.P.


                                             */s/ Eliot D. Williams*
                                             Eliot D. Williams

                                             Attorney for Defendants and Counterclaimants
                                             AT&T MOBILITY LLC and AT&T MOBILITY II LLC