1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC,<br><br>          Plaintiff,<br>  vs.<br><br>AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>          Defendants. | Case No.: 2:11-CV-05210-FMO (AGRx)<br><br>**[PROPOSED] ORDER GRANTING MOTION IN LIMINE NO. 6 [TO EXCLUDE UNDISCLOSED EXPERT TESTIMONY]** |
| AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>          Counterclaimants,<br>  vs.<br><br>ENOVSYS LLC,<br><br>          Counterdefendant. | Honorable Judge Fernando M. Olguin |

Having reviewed Defendants' Motion in Limine No. 6 and the Memorandum of Points and Authorities In Support of Their Motion in Limine and Exhibits Thereto, the motion is GRANTED. Any opinions of Mr. Parr, Dr. Rose, and Dr. Gruteser that were not asserted in their expert reports shall be excluded, including but not limited to opinions on induced infringement and/or divided infringement.

IT IS SO ORDERED.

DATED: _____  _____
Honorable Fernando M. Olguin
United States District Judge