1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T MOBILITY LLC and AT&T MOBILITY II LLC, <br><br> Defendants. | Case No.: 2:11-CV-05210-FMO (AGRx) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 7** <br><br> Honorable Judge Fernando M. Olguin |
| AT&T MOBILITY LLC and AT&T MOBILITY II LLC, <br><br> Counterclaimants, <br><br> vs. <br><br> ENOVSYS LLC, <br><br> Counterdefendant. | |

Having reviewed Defendants' Motion in Limine No. 7 and the Memorandum of Points and Authorities In Support of Their Motion in Limine and Exhibits Thereto, the motion is GRANTED. Evidence not disclosed pursuant to Enovsys's discovery obligations shall be excluded. Enovsys is excluded from presenting evidence, testimony, argument, or reference to the following categories and issues:

    A. Secondary considerations of non-obviousness;

    B. The doctrine of equivalents;

    C. Joint infringement;

    D. Any alleged inducement of infringement not included in the infringement contentions;

    E. Any product or service not asserted in Enovsys's infringement contentions including any software application or mobile device not referenced therein for purposes of establishing infringement (or otherwise).

IT IS SO ORDERED.

DATED: _____    _____
                                                    Honorable Fernando M. Olguin
                                                    United States District Judge