**BAKER BOTTS L.L.P.**
Bryant C. Boren, Jr. (SBN 260602)
bryant.c.boren@bakerbotts.com
Eliot D. Williams (SBN 290780)
eliot.williams@bakerbotts.com
Gina A. Bibby (SBN 242657)
gina.bibby@bakerbotts.com
Jason R. German (SBN 280837)
jason.german@bakerbotts.com
1001 Page Mill Road, Building One, Palo Alto, CA 94304
Telephone: 650.739.7500; Facsimile: 650.739.7699

Timothy S. Durst (*pro hac vice*)
tim.durst@bakerbotts.com
Russell J. Crain (*pro hac vice*)
russ.crain@bakerbotts.com
Brian D. Johnston (*pro hac vice*)
brian.johnston@bakerbotts.com
2001 Ross Avenue, Dallas, TX 75201
Telephone: 214.953.6500; Facsimile: 214.953.6503

Michael Hawes (*pro hac vice*)
michael.hawes@bakerbotts.com
910 Louisiana Street, Houston, TX 77002
Telephone: 713.229.1234; Facsimile: 713.229.1522

*Attorneys for Defendants and Counterclaimants*
*AT&T MOBILITY LLC and AT&T MOBILITY II LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENOVSYS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>　　　　Defendants.<br><br>AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>　　　　Counterclaimants,<br><br>vs.<br><br>ENOVSYS LLC,<br><br>　　　　Counterdefendant. | Case No.: 2:11-CV-05210-SS<br>**DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS COUNTER DESIGNATIONS OF DR. ROY WANT'S DEPOSITION TESTIMONY FOR TRIAL PROCEEDINGS ON AUGUST 20, 2015**<br><br>Honorable Mag. Judge Suzanne H. Segal<br>**Trial Date: August 18, 2015**<br>Trial Time: 8:30 AM |

Defendants AT&T Mobility LLC and AT&T Mobility II LLC (collectively "AT&T") hereby submits its objections and counter designations to Plaintiff's counter designations to Dr. Roy Want's deposition testimony disclosed August 19, 2015. (D.I. 618).

## I. Roy Want

AT&T provides the following counter designations to the following excerpts counter designated by Enovsys from Roy Want's July 22, 2013 deposition transcript for presentation by video:

| AT&T's Designations | Enovsys' Objections | Enovsys' Counter-Designations |
|---|---|---|
| 5:16-21 | | |
| 6:20-22 | | |
| 7:20-8:16 | | 8:16-22 |
| 9:13-16 | | |
| 10:8-18 | | |
| 10:19-22 | | |
| 11:8-14 | | |
| 12:13-24 | | |
| 17:14-23 | | |
| 21:2-16 | | |
| 30:8-22 | | |
| 57:16-58:14 | | |
| 58:23-61:24 | | |
| 62:6-64:21 | | |
| 66:2-6 | | |

| AT&T's Designations | Enovsys' Objections | Enovsys' Counter-Designations |
|---|---|---|
| 67:1-3 | | 67:4-7 |
| 68:7-73:7 | | 67:4-68:6 |
| 73:14-16 | | 73:17-25 |
| 74:1-19 | | 74:20-75:5 |
| 75:15-20 | | 75:21-76:12 |
| 77:04-77:18 | | |
| 77:19-78:8 | | |
| 78:9-78:25 | | |
| 80:21-84:7 | | |
| 84:8-11 | | 84:12-17 |
| 84:18-85:16 | | 84:12-17 |
| 85:19-86:11 | | 86:22-87:1 |
| 87:9-88:14 | | |
| 90:16-23 | Irrelevant (FED. R. EVID. 402), unfairly prejudicial (FED. R. EVID. 403) | |
| 91:11-92:14 | | 92:15 [ATT counter designation for completeness: 92:16-20] |
| 92:21-93:10 | | 93:11-14 |
| 97:25-98:13 | | |
| 99:7-13 | | |

| AT&T's Designations | Enovsys' Objections | Enovsys' Counter-Designations |
|---|---|---|
| 99:20-100:14 | | 100:15-18 |
| 102:11-20 | | |
| 102:21-22 | | |
| 102:23-103:1 | | |
| 103:2-13 | | |
| 145:5-10 | | |
| 145:12-16 | | 145:17-19 |
| 148:1-149:10 | | |
| 149:21-150:5 | | |
| 150:17-151:9 | | |
| 151:11-152:19 | | 152:20-153:1 |
| 161:12-14 | | |
| 161:18-21 | | |
| 162:2-5 | | |
| 163:13-25 | | |
| 166:13-167:10 | | |
| 171:13-172:2 | | 172:2-6 |
| 172:7-173:11 | | |
| 173:12-174:17 | | |
| 175:17-18 | Hearsay (FED. R. EVID. 802) | |
| 175:22-176:6 | | |
| 178:8-179:9 | | 179:10-17 |
| 180:1 | | |
| 180:2 | | |

| AT&T's Designations | Enovsys' Objections | Enovsys' Counter-Designations |
|---|---|---|
| 180:3-181:15 | | |
| 181:19-22 | | |
| 181:25-182:4 | | |
| 182:20-24 | | |
| 183:9-11 | | |
| 183:13-185:5 | | |
| 191:2-4 | Hearsay (FED. R. EVID. 802) | |
| 191:8-22 | | |
| 192:13-15 | | |
| 193:7-195:17 | | |
| 195:21-196:2 | | 196:2-4 |
| 197:11-17 | | |
| 198:16-201:22 | | |
| 205:16-206:1 | | |
| 208:15-19 | | |
| 211:7-22 | | |
| 212:7-15 | | |
| 213:11-13 | | |
| 213:17-22 | | 213:23-214:2 |
| 214:3-215:3 | | |
| 215:9-24 | | |
| 217:10-18 | | |

| AT&T's Designations | Enovsys' Objections | Enovsys' Counter-Designations |
|---|---|---|
| 272:6-273:2 | Irrelevant (FED. R. EVID. 402), unfairly prejudicial (FED. R. EVID. 403), improper lay opinion (FED. R. EVID. 802), hearsay (FED. R. EVID. 802) | |

AT&T further makes the following objections and counter designations to Enovsys's general counter designations from Dr. Want's July 22, 2013 deposition transcript for presentation by video:

| Enovsys's General Counter-Designations | AT&T's Objections | AT&T's Counter-Designations |
|---|---|---|
| 10:19-11:2 | | |
| 11:8-14 | | |
| 28:1-19 | Relevance (active badge hardware not at issue); 403 (waste of time) | |
| 37:14-39:15 | Relevance (active badge hardware not at issue); 403 (waste of time) | |

| Enovsys's General Counter-Designations | AT&T's Objections | AT&T's Counter-Designations |
|---|---|---|
| 39:18-22 | Relevance (active badge hardware not at issue); 403 (waste of time) | |
| 39:23-40:22 | Relevance (active badge hardware not at issue); 403 (waste of time) | |
| 41:21-42:14 | | |
| 62:23-63:8 | | |
| 64:22-25 | | 64:25-65:5 |
| 64:25-65:5 | | |
| 67:1-10 | | |
| 68:7-71:13 | | |
| 74:1-75:2 | | 75:2-5 |
| 82:19-84:8 | | |
| 84:24-85:10 | | |
| 86:2-11 | | |
| 87:9-17 | | |
| 90:6-15 | | |
| 91:11-19 | | |
| 93:15-25 | | |
| 95:5-96:19 | | |
| 103:20-104:5 | | 104:6-14 |

| Enovsys's General Counter-Designations | AT&T's Objections | AT&T's Counter-Designations |
|---|---|---|
| 133:13-134:5 | Relevance (active badge hardware not at issue); 403 (waste of time) | |
| 134:8-135:8 | Relevance (active badge hardware not at issue); 403 (waste of time) | |
| 168:16-21 | | 168:4-15; 168:22-168:14 |
| 172:9-173:21 | | |
| 215:25-216:7 | | |
| 230:12-19 | | 230:20-25 |
| 231:1-19 | | |
| 233:7-234:4 | | |
| 234:7-15 | | |
| 234:17-22 | | 234:22-23 |
| 235:6-9 | | |
| 236:8-237:21 | | |
| 240:1-4 | | 239:16-25 |
| 248:3-10 | | 247:25-249:2 |
| 248:16-18 | | 247:25-249:2 |
| 248:22-249:2 | | 247:25-249:2 |
| 249:4-6 | | |
| 249:8-18 | | 249:19-21 |

| **Enovsys's General Counter-Designations** | **AT&T's Objections** | **AT&T's Counter-Designations** |
|---|---|---|
| 250:3-8 | | 250:11-21 |
| 251:3-25 | | 252:8-25 |
| 253:10-20 | | 253:2-8 |
| 254:16-21 | | 253:21-254:15 |
| 255:13-16 | | 252:16-254:15 |
| 257:24-259:1 | | |
| 260:19-261:21 | | |
| 261:22-24 | | 261:25-262:10 |
| 265:15 -266:12 | | |
| 273:8-274:23 | | |

DATED:  August 19, 2015

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Eliot D. Williams*
Eliot D. Williams
Attorney for Defendants and Counterclaimants
AT&T MOBILITY LLC and AT&T MOBILITY II LLC