# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AT&T MOBILITY LLC and AT&T MOBILITY II LLC,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:11-CV-05210-SS<br><br>**VERDICT FORM**<br><br>The Hon. Suzanne H. Segal<br><br>Trial Date: August 18, 2015 |

# VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

\* \* \*

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON INFRINGEMENT CLAIMS

*The questions regarding infringement should be answered regardless of your findings with respect to the invalidity of the patent.*

**Infringement (Instructions at Page __)**

<u>U.S. Patent No. 6,560,461 ("the '461 patent")</u>

1. Did Enovsys prove by a preponderance of the evidence that AT&T infringed the following claims of the '461 patent?

[A "yes" answer is for Enovsys; a "no" answer is for AT&T.]

| Claim | Yes | No |
|---|---|---|
| Claim 1 of the '461 patent | ____ | ✓ |
| Claim 11 of the '461 patent | ____ | ✓ |
| Claim 13 of the '461 patent | ____ | ✓ |
| Claim 28 of the '461 patent | ____ | ✓ |

<u>U.S. Patent No. 7,925,273 ("the '273 patent")</u>

2. Did Enovsys prove by a preponderance of the evidence that AT&T infringed Claim 1 of the '273 patent?

[A "yes" answer is for Enovsys; a "no" answer is for AT&T.]

Yes ____     No ✓

-2-

VERDICT FORM                                                             CASE NO. 2:11-CV-05210-SS

# FINDINGS ON INVALIDITY DEFENSES

*The questions regarding invalidity should be answered regardless of your findings with respect to infringement.*

**Anticipation (Instructions at Page __)**

<u>The '461 patent</u>

3. Has AT&T proven by clear and convincing evidence that the following claims of the '461 patent were "anticipated?"

[A "yes" answer is for AT&T; a "no" answer is for Enovsys.]

| | | |
|---|---|---|
| Claim 1 of the '461 patent | Yes ✓ | No ___ |
| Claim 11 of the '461 patent | Yes ✓ | No ___ |
| Claim 13 of the '461 patent | Yes ✓ | No ___ |
| Claim 28 of the '461 patent | Yes ___ | No ✓ |

**Statutory Bars (Instructions at Page __)**

The '461 patent

4. Has AT&T proven by clear and convincing evidence that the following claims of the '461 patent were not filed within the time required by law?

[A "yes" answer is for AT&T; a "no" answer is for Enovsys.]

| | | |
|---|---|---|
| Claim 1 of the '461 patent | Yes ✓ | No ___ |
| Claim 11 of the '461 patent | Yes ✓ | No ___ |
| Claim 13 of the '461 patent | Yes ✓ | No ___ |
| Claim 28 of the '461 patent | Yes ___ | No ✓ |

**Obviousness (Instructions at Page __)**

The '461 patent

5. Did AT&T prove by clear and convincing evidence that the following claims of the '461 patent were obvious?

[A "yes" answer is for AT&T; a "no" answer is for Enovsys.]

| | | |
|---|---|---|
| Claim 1 of the '461 patent | Yes ✓ | No ___ |
| Claim 11 of the '461 patent | Yes ✓ | No ___ |
| Claim 13 of the '461 patent | Yes ✓ | No ___ |
| Claim 28 of the '461 patent | Yes ___ | No ✓ |

*Optional Questions*

**Only Answer Questions 6 or 7 If:**

*You found that at least one of the '461 patent claims was both infringed and not invalid. In other words, for at least one claim:*

*you answered "yes" to question 1*

***and***

*you answered "no" for that same claim to questions 3, 4, and 5.*

**FINDING ON WILFULNESS (IF APPLICABLE)** (Instructions at Page __)

The '461 patent

6. Did Enovsys prove by clear and convincing evidence that AT&T knew, or it was so obvious that AT&T should have known, that AT&T's actions infringed at least one of the claims of the '461 patent and that the infringed claim(s) were valid?

[A "yes" answer is for Enovsys; a "no" answer is for AT&T.]

Yes _____        No _____

7. Did Enovsys prove by clear and convincing evidence that AT&T acted with reckless disregard of at least one of the asserted claims of the '461 patent?

[A "yes" answer is for Enovsys; a "no" answer is for AT&T.]

Yes _____        No _____

*You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.*

DATED: August 27, 2015.

By: ███████████████
       Presiding Juror