**EXHIBIT A**

| Group Number | Transcripts To Be Redacted | Confidential Subject Matter Disclosed | Support |
|---|---|---|---|
| 1 | D.I. 681 71:6-10, D.I. 681 73:22-25, D.I. 681 74:1-3, D.I. 681 75:16-24, D.I. 681 76:15-25, D.I. 681 77:4-20, D.I. 681 78:16-25, D.I. 681 79:1-17, D.I. 681 80:19-20, D.I. 681 82:19-23, D.I. 681 83:15-25, D.I. 681 86:7-11, D.I. 681 87: 17-18, D.I. 681 87:25, D.I. 681 88:1-3, D.I. 681 88:19-21, D.I. 681 89:4-22, D.I. 681 92:21-25, D.I. 681 93:1-12, D.I. 681 94:7-10, D.I. 681 94:20-25, D.I. 681 95:1-25, D.I. 681 96:1-6, D.I. 682 11:6-15, D.I. 682 13:7-9, D.I. 682 13:12-14, D.I. 682 13:16-19, D.I. 682 14:17-19, D.I. 682 15:13-16, D.I. 682 17:22-23, D.I. 682 18:1-4, D.I. 682 19:9-12, D.I. 682 19:17-19, D.I. 682 20:25, D.I. 682 21:1, D.I. 682 21:18-22, D.I. 682 31:9-24, D.I. | • Discloses detailed descriptions of AT&T's propriety approach to securing, validating, and processing location requests, including:<br>○ specific procedures AT&T uses to secure its network from invalid location requests, along with proprietary information regarding internal testing of AT&T's procedures<br>○ detailed descriptions of the protocols used by AT&T's system to receive, evaluate, and accept or deny location requests<br>○ detailed identification of the formats and contents of proprietary messages sent by specific components in AT&T's system when receiving, validating, and responding to requests for location, including detailed description of AT&T's proprietary error handling<br>○ specific components and vendors AT&T's network uses to provide this functionality | D.I. 659-2 (Davis Decl.) ¶¶ 4-6 |

**EXHIBIT A**

| | | |
|---|---|---|
| | 682 32:18-20, D.I. 682 38:12-18, D.I. 682 39:3-9, D.I. 682 39:13-16, D.I. 682 90:4-5, D.I. 682 90:13, D.I. 682 91:10-14, D.I. 682 91:20-21, D.I. 682 92:1-2, D.I. 682 92:8-11, D.I. 682 99:14-15, D.I. 683 39:1-2, D.I. 683 41:20-21, D.I. 683 42:1-3, D.I. 683 42:8, D.I. 683 42:10, D.I. 683 43:13-23, D.I. 683 56:19-21, D.I. 683 57:2-7, D.I. 683 57:9-12, D.I. 683 57:19-21, D.I. 683 58:19-22, D.I. 683 58:24-25, D.I. 683 59:9-10, D.I. 683 59:12-18, D.I. 683 59:20-22, D.I. 683 60:1-2, D.I. 683 60:5-6, D.I. 683 63:9-16, D.I. 683 64:10-11, D.I. 683 64:19, D.I. 683 68:4-5, D.I. 683 68:13-17, D.I. 683 69:8-9, D.I. 683 70:10-12, D.I. 683 70:21-23, D.I. 683 81:4-6, D.I. 683 82:8-9, D.I. 683 82:11-12 | <ul><li>Discloses detailed descriptions about AT&T's location platform components and the identity of the vendors and model names of components used in that location platform, including:<ul><li>an identification of each component, its function, and its supplier, along with an identification of how each component interacts with and relates to other components when implementing specific location-related functionality</li><li>an analysis of impacts on AT&T's network relating to the designs</li><li>security impacts, including securing users' private location information</li><li>testing requirements, results, and analysis</li></ul></li><li>Discloses detailed descriptions about how AT&T's system stores users' confidential location information, including an identification of specific components that do (or do not) route, analyze, and/or maintain location</li></ul> | |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| | D.I. 683 89:25, D.I. 683 90:1-3, D.I. 683 94:16, D.I. 683 95:2-3, D.I. 683 98:21-22, D.I. 683 100:13-15, D.I. 683 107:24-25, D.I. 683 108:1-3, D.I. 683 109:9-10, D.I. 685 12:20, D.I. 685 13:13-16, D.I. 685 14:1-6, D.I. 685 14:15-19, D.I. 685 20:15-18, D.I. 685 24:7-12, D.I. 685 25:6-8, D.I. 685 25:16-17, D.I. 685 25:21-22, D.I. 685 26:9-11 D.I. 685 27:4-5, D.I. 685 28:15-18, D.I. 685 29:5-9, D.I. 685 30:12-14, D.I. 685 30:19-25, D.I. 685 31:1-9, D.I. 685 31:14-15, D.I. 685 31:20-22, D.I. 685 33:12-15, D.I. 685 33:23-25, D.I. 685 34:1-3, D.I. 685 50:7-9, D.I. 685 50:25, D.I. 685 51:1, D.I. 685 51:9-12, D.I. 685 51:21-24, D.I. 685 52:1-2, D.I. 685 52:6, D.I. 685 52:9-10, D.I. 685 52:12-18 | | |

| | D.I. 685 52:21-25, D.I. 685 53:1-8, D.I. 685 54:9-10, D.I. 685 59:23-25, D.I. 685 60:9, D.I. 685 60:16-24, D.I. 685 61:14-15, D.I. 685 61:18-23, D.I. 685 64:4-5, D.I. 685 64:6-8, D.I. 685 64:10, D.I. 685 64:19-20, D.I. 685 65:14-15, D.I. 685 65:17-19, D.I. 685 68:5-9, D.I. 685 68:11-13, D.I. 685 68:11-13, D.I. 685 68:18-20, D.I. 685 69:1-3, D.I. 685 69:5-9, D.I. 685 69:10-11, D.I. 685 70:16-21, D.I. 685 75:5-6, D.I. 685 75:8-20, D.I. 685 78:8-10, D.I. 685 78:11-18, D.I. 685 84:1-5, D.I. 685 84:25, D.I. 685 85:1-3, D.I. 685 85:17, D.I. 685 99:22-25, D.I. 685 100:1-2, D.I. 685 102:2-8, D.I. 685 109:15-22, D.I. 685 111:10-11, D.I. 685 112:1-14, D.I. 686 7:10-13 | | |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| | D.I. 686 8:7-13, D.I. 686 8:21-25, D.I. 686 15:20-24, D.I. 686 17:11-15, D.I. 686 17:17-22, D.I. 686 19:11-15 | | |
| 2 | D.I. 681 82:19-23, D.I. 681 83:15-25, D.I. 682 31:9-24, D.I. 682 32:18-20, D.I. 683 41:20-21, D.I. 685 68:11-13, D.I. 685 68:18-20, D.I. 686 15:20-12, D.I. 686 17:17-22 | • Discloses detailed descriptions of information maintained as a confidential trade secret by AT&T on behalf of a third-party business partner. In particular, it describes third party technology held as a trade secret by the third party and provided to AT&T under a non-disclosure agreement. | D.I. 659-2 (Davis Decl.) ¶ 11 |
| 3 | D.I. 682 31:9-24, D.I. 682 32:18-20, D.I. 682 91:10-14, D.I. 682 91:20-21, D.I. 682 92:1-2, D.I. 682 92:8-11, D.I. 685 24: 7-12, D.I. 685 25:6-8, D.I. 685 25:16-17, D.I. 685 25:21-22, D.I. 685 26:9-11, D.I. 685 27:4-5, D.I. 685 29:5-9, D.I. 685 30:12-14, D.I. 685 30:19-25, D.I. 685 59:23-25, D.I. 685 60:9, D.I. | • Discloses detail descriptions of the structure, operation, and function of AT&T's network, including:<br>    ○ precise configuration of hundreds of parameters of servers used by AT&T's network location platform, which handles users' location information | D.I. 659-2 (Davis Decl.) ¶ 15 |

**EXHIBIT A**

|  | | | |
|---|---|---|---|
|  | 685 60:16-24, D.I. 685 61:14-15, D.I. 685 61:18-23, D.I. 685 64:4-5, D.I. 685 64:6-8, D.I. 685 64:10, D.I. 685 64:19-20, D.I. 685 65:14-15, D.I. 685 65:17-19, D.I. 685 68:5-9, D.I. 685 70:16-21, D.I. 685 78:8-10, D.I. 685 99:22-25, D.I. 685 100:1-2, D.I. 685 111:10-11, D.I. 685 112:1-14 | | |