1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC, | Case No.: 2:11-CV-05210-SS |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | |
| AT&T MOBILITY LLC and AT&T MOBILITY II LLC, | |
| Defendants. | |
| AT&T MOBILITY LLC and AT&T MOBILITY II LLC, | Honorable Suzanne H. Segal |
| Counterclaimants, | |
| vs. | |
| ENOVSYS LLC, | |
| Counterdefendant. | |

1    The above-entitled matter was tried to a jury before the Honorable Suzanne

2  H. Segal, United States Magistrate Judge presiding by consent of all parties. On

3  August 27, 2015, after deliberation, the jury returned a special verdict addressing

4  infringement, anticipation, statutory bars, and obviousness and found that plaintiff,

5  Enovsys LLC ("Enovsys"), had not proved that defendants AT&T Mobility LLC

6  and AT&T Mobility II LLC (collectively, "AT&T") infringed claims 1, 11, 13, or

7  28 of U.S. Patent No. 6,560,461 ("'461 patent"); that Enovsys had not proved that

8  AT&T infringed claim 1 of U.S. Patent No. 7,925,273("'273 patent"); that AT&T

9  had proved that claims 1, 11, and 13 of the '461 patent were anticipated; that

10  AT&T had not proved that claim 28 of the '461 patent was anticipated; that AT&T

11  had proved that claims 1, 11, and 13 of the '461 patent were not filed within the

12  time required by law; that AT&T had not proved that claim 28 of the '461 patent

13  was not filed within the time required by law; that AT&T had proved that claims

14  1, 11, and 13 of the '461 patent were obvious; and that AT&T had not proved that

15  claim 28 of the '461 patent was obvious.

16    Accordingly, pursuant to Federal Rules of Civil Procedure 54 and 58, IT IS

17  HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in

18  favor of AT&T as follows:

19

20    1.    AT&T has not infringed U.S. Patent No. 6,560,461.

21    2.    Claims 1, 11, and 13 of U.S. Patent No. 6,560,461 are invalid.

22    3.    Claim 28 of U.S. Patent No. 6,560,461 is not invalid.

23    4.    AT&T's counterclaims of invalidity as to the remaining claims of

24        U.S. Patent No. 6,560,461 are dismissed without prejudice.

25    5.    AT&T has not infringed U.S. Patent No. 7,925,273.

26    6.    Claim 1 of U.S. Patent No. 7,925,273 is not invalid.

27    7.    Plaintiff Enovsys shall recover nothing on its claims.

28

Case 2:11-cv-05210-SS   Document 674   Filed 08/31/15   Page 3 of 3   Page ID #:36576

1   IT IS FURTHER ORDERED, ADJUDGED, and DECREED that AT&T is the

2   prevailing party entitled to recover costs pursuant to Federal Rule of Civil

3   Procedure 54(d) and Local Rule 54-1.

4

5        IT IS SO ORDERED.

6

7   DATED: *Nov. 16, 2015*          _____

8                                    Honorable Suzanne H. Segal
                                     United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28